# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HOWARD,<br><br>        Plaintiff,<br><br>   v.<br><br>LOPEZ,<br><br>        Defendant. | CASE NO. 1:10-CV-0541 DLB PC<br><br>ORDER STRIKING COMPLAINT<br><br>(Doc. 1)<br><br>ORDER REQUIRING PLAINTIFF TO FILE SIGNED AMENDED COMPLAINT WITHIN 30 DAYS |

_____/

This is a civil action filed by plaintiff Mark Anthony Coleman ("plaintiff"), a state prisoner proceeding pro se. Plaintiff filed his complaint on March 26, 2010.

Plaintiff's complaint is unsigned and is therefore stricken. Fed. R. Civ. P. 11(a); Local Rule 131(b). The Clerk's Office shall send to Plaintiff a complaint form, and Plaintiff shall file a signed amended complaint within 30 days of service of this order.

Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **March 31, 2010**          **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE